AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Tracking Number
9405536895232469401380
postmarked October 14, 2021

Case No. 3:21-MJ-378

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package 9405536895232469401380, addressed to Omar Manasrah, 4841 Far Hills Ave Apt A1, Dayton, OH 45429-2370, with a return address of G and J Manufacturing Inc, 114 N Sunset Ave, City of Industry, CA 91744

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances throught the U.S. Mails, including moeny and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brad M. Dorman, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 10/19/21

City and state: Dayton, OH

Peter B. Silvain, Jr.
United States Magistrate Judge
*Judge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: PRIORITY MAIL PACKAGE TRACKING NUMBER 9405536895232469401380 | Case No. 3:21-MJ-378<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, **Brad M Dorman**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On August 25, 2021, and on October 12, 2021, the U.S. Postal Inspection Service intercepted two packages going to 4841 Far Hills Ave Apt A1, Dayton, OH 45429 coming from Southern California that contained illegal narcotics. On October 18, 2021, the U.S. Postal Inspection Service intercepted another package (hereinafter "the Package") addressed to 4841 Far Hills Ave Apt A1, Dayton, OH 45429 at the Cincinnati Network Distribution Center (NDC) coming from the Southern California area. The Package is a brown box, bearing tracking number 9405536895232469401380, mailed from Post Office 91744, postmarked October 14, 2021, with the following address information:

**Sender**: G&J Manufacturing Inc
114 N Sunset Ave
City of Industry, CA 91744

**Addressee**: Omar Manasrah
4841 Far Hills Ave Apt A1
Dayton, OH 45429-2370

Through training and experience, I know that Southern California is known drug source location.

4. A check of the addressee information was performed in CLEAR. CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Omar Manasrah" associated with 4841 Far Hills Ave Apt A1, Dayton, OH 45429.

5. A check of the sender information was performed in CLEAR. According to CLEAR, there is a "G and J Manufacturing Inc" associated with 114 N Sunset Ave, City of Industry, CA 91744.

6. On October 19, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. Prior to conducting the "free air" check, the Package was placed in a room with multiple similar and like packages. As set forth in the attached affidavit of Officer Stewart, "Weston"

alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Weston" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the addressee and recipient address, (ii) the prior seizure of illegal narcotics going to this address, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Brad M Dorman
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 19th day of October, 2021.

Peter B. Silvain, Jr.
United States Magistrate Judge



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **JEREMY STEWART**, am and have been employed by the **DAYTON POLICE DEPARTMENT** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**WESTON**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **10/19/2021**, at the request of Postal Inspector **DORMAN**, I responded to the **DAYTON P&DC**, where "**WESTON**" did alert to and indicate upon: [describe item]

**USPS Priority Mail Tracking # 9405 5368 9523 2469 4013 80**

| TO: | Omar Manasrah | FROM: | G&J Manufacturing Inc |
|---|---|---|---|
| | 4841 Far Hills Ave Apt A1 | | 114 N Sunset Ave |
| | Dayton, OH 45429-2370 | | City of Industry, CA 91744 |

Which, based upon my training and experience and that of "**WESTON**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 28948, 10-19-21
(Signature, Badge #, and Date)

_____ 10/19/2021
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH  45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009